IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Yu-Ping Cheng, et al., | NO. C 03-01299 JW |
| Plaintiff(s), | |
| v. | **ORDER CORRECTING SCHEDULING ORDER** |
| Infoloan, Inc., et al., | |
| Defendant(s). | |

On May 31, 2005, this Court issued a Scheduling Order (Docket Item No. 84). It has come to this Court's attention that that Order contains two typographical errors. Paragraph 7 states:

> Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than *Monday, May 8, 2005* at 9:00 a.m.

(Emphasis added.)  Paragraph 8 states:

> If the testimony of the expert is intended solely to contradict or rebut opinion testimony on the same subject matter identified by another party, the party proffering a rebuttal expert shall make the disclosures required by Fed.R.Civ.P. 26(a)(2)(B), no later than *March 20, 2005*.

(Emphasis added.)

In both of these paragraphs, "2005" should read "2006."

Dated: June 9, 2005

/s/James Ware
JAMES WARE
United States District Judge

03cv1299am-sch-ord

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David A. Kays rfwk@rfwk.com
David S. Lin dlinlaw@sbcglobal.net
Mark B. Fredkin mfredkin@mffmlaw.com

**Dated:  June 9, 2005**                                         **Richard W. Wieking, Clerk**

**By:/s/JWchambers**
        **Ronald L. Davis**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California