1

2

3                                                          *E-Filed 8/29/05*

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

                              SAN JOSE DIVISION

11

12   YU-PING CHENG, TOW-MING SIOW,            Case No. C03-01299 JW
     ALAN LIU, WILLIAM CHAN, PAUL
13   BEACH, ERIC CHEN and PAULA CHEN,         ORDER CONTINUING MOTION TO
                                              COMPEL
14           Plaintiffs,

15       v.

16   INFOLOAN, INC. VERTIMAX
     VENTURES, INC., JOHN CHEN and
17   JOSEPH CHEN,

18           Defendants.
     _____/
19
     INFOLOAN, INC. VERTIMAX
20   VENTURES, INC., JOHN CHEN and
     JOSEPH CHEN,
21
             Cross-Complainants,
22
         v.
23
     YU-PING CHENG, TOW-MING SIOW,
24   ALAN LIU, WILLIAM CHAN, PAUL
     BEACH, ERIC CHEN and PAULA CHEN,
25
             Cross-Defendants.
26   _____/

27       Pursuant to the stipulation received by the court on July 25, 2005 advising that the parties are

28   engaged in discussions to resolve the issues raised by defendant's Motion to Compel, the hearing is

     continued until **October 4, 2005 at 10:00 a.m.**  The parties shall submit individual declarations

**United States District Court**
For the Northern District of California

identifying the issues raised by the motion that have been resolved and describing those that remain for the court's determination no later than **September 20, 2005**.

     **IT IS SO ORDERED.**

Dated: 8/29/05

                                      /s/ Howard R. Lloyd

                              HOWARD R. LLOYD
                              UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Mark B. Fredkin          mfredkin@mffmlaw.com, mramos@mffmlaw.com,
                            siamas@mffmlaw.com, gdent@mffmlaw.com; jlira@mffmlaw.com

3

4  David A. Kays            rfwk@rfwk.com

   David S. Lin             dlinlaw@sbcglobal.net
5

6  * Counsel are responsible for providing copies of this order to co-counsel who have not
   registered under the Court's ECF system.

7  Dated: 8/29/05

8                                              /s/ RNR
                                  Chambers of Magistrate Judge Howard R. Lloyd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3