**\*E-FILED 9/26/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU-PING CHENG, et al., | No. C 03-01299 JW (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING** |
| INFOLOAN, INC., et al., | **SETTLEMENT CONFERENCE** |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **September 19, 2005** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **November 15, 2005 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated June 20, 2005 shall remain in effect.

1  The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior
2  to the date set for settlement conference.

4  Dated:   September 26, 2005

  /s/ Richard Seeborg
  RICHARD SEEBORG
  United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

David S. Lin, Esq.
Email: dlinlaw@sbcglobal.net

Mark B. Fredkin, Esq.
Email: mfredkin@mffmlaw.com

David A. Kays, Esq.
Email: rfwk@rfwk

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 26, 2005

                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                By:    /s/ *BAK*