FILED
OCT 14 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU-PING CHENG and TOW-MING SIOW,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>INFOLOAN, INC., a California Corporation; VERTIMAX VENTURES, INC. a California Corporation; JOHN CHEN; JOSEPH CHEN, individuals, and Does 1-50, Inclusive<br><br>　　　　　　Defendants. | No. C03 01299 JW EAI<br><br>1. **JOINT STIPULATION OF THE PARTIES RE: CONTINUANCE OF SETTLEMENT CONFERENCE SCHEDULED** |

THE PARTIES HEREBY JOINTLY STIPULATE TO THE FOLLOWING MATTERS:

In light of the parties desire for additional time in which to conduct relevant discovery in this matter prior to undertaking the presently scheduled Settlement Conference before Judge Seeborg in Courtroom 4 of the San Jose District Court house, the parties hereby stipulate to the re-scheduling of the Settlement Conference in this matter to December 20, 2005 at 9:30 a.m. in Dept.4 of the above-referenced Court.

JOINT STIPULATION OF THE PARTIES

1

2  Dated: October 14, 2005                              Dated: October 14, 2005

3  By _____/S/_____                                 By _____/S/_____
     /S/ David S. Lin                                      /S/ William Siamas
4    Attorneys for Plaintiffs                              Attorneys for Defendants,
                                                           Infoloan, Inc.,
5                                                          John Chen and Joseph Chen

6

7  Dated:  October 14, 2005

8  By _____
     /S/ David Kays
9    Attorneys for Defendants,
     Vertimax Ventures
10

11

12                       RS
                   [PROPOSED] ORDER ON STIPULATION OF THE PARTIES
13
   The Joint Stipulation of the Parties is hereby adopted and approved by the Court in this matter.
14 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

15

16

17  Dated:  10/14/05                                   _____
                                                              Judge Seeborg
18

19

20

21

22

23

24

25

26

27

28

-2-

JOINT STIPULATION OF THE PARTIES

Dated: October 14, 2005

By /S/ David S. Lin
Attorneys for Plaintiffs

Dated: October 14, 2005

By /S/ William Siamas
Attorneys for Defendants,
Infoloan, Inc.,
John Chen and Joseph Chen

Dated: October 14, 2005

By /S/ David Kays
Attorneys for Defendants,
Vertimax Ventures

## [PROPOSED] ORDER ON STIPULATION OF THE PARTIES

The Joint Stipulation of the Parties is hereby adopted and approved by the Court in this matter. PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: _____

Judge Seeborg

-2-

JOINT STIPULATION OF THE PARTIES