IT IS SO ORDERED
*Judge James Ware*

1  David S. Lin, No. 156110
   **LAW OFFICES OF DAVID S. LIN**
2  Attorney at Law
   One Park Plaza, Sixth Floor
3  Irvine, CA 92614
   Telephone:          949.833.7107
4  Facsimile:          949.852.4480

5  Attorney for Plaintiffs, Yu-Ping Cheng, Tow-Ming Siow,
   Alan Liu, William Chan, Paul Beach, Eric Chen and Paula Chen

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | YU-PING CHENG, TOW-MING SIOW, | No. C03 01299 JW EAI
   | ALAN LIU, WILLIAM CHAN, PAUL BEACH
12 | ERIC CHEN and PAULA CHEN,       | Honorable James Ware

13            Plaintiffs,

14         v.                          1.  **NOTICE OF SETTLEMENT AND
                                           STIPULATION OF THE PARTIES AND
15 INFOLOAN, INC., a California Corporation;  [PROPOSED] ORDER RE: SCHEDULING OF
   VERTIMAX VENTURES, INC. a California       AN ORDER TO SHOW CAUSE RE:
16 Corporation; JOHN CHEN; JOSEPH CHEN,       DISMISSAL WITH PREJUDICE OF THE
   individuals, and Does 1-50, Inclusive      ENTIRE ACTION.**
17
              Defendants.
18

19 And Related Action

20 _____

21         TO THE HONORABLE COURT, the Hon. James Ware, Judge Presiding, the Parties to this

22 Action hereby submit the following Notice of Settlement and Stipulation of the Parties to the Court and

23 [Proposed] Order re: Scheduling of an Order to Show Cause re: Dismissal of the within Action for a date

24 in the future pursuant to the terms and conditions of a confidential settlement achieved between the

25 parties.  Pursuant to the settlement agreement, the final act of performance is scheduled to occur on May

26 15, 2006 and, as such, the Parties hereby request that the Court enter an order conditionally dismissing the

27 action upon fulfillment of all terms of the settlement entered and/or setting a hearing on an Order to show

28

cause re: Dismissal for a date sometime in June 2006.  No appearance by any of the Parties shall be necessary if the settlement terms are complied with by the hearing date set by the Court on this matter.

Dated: March 28, 2006

By _____
  /S/ David S. Lin
  Attorneys for Plaintiffs

Dated: March 28, 2006

By _____
  /S/William Siamas
  Attorneys for Defendants,
  Infoloan, Inc.,
  John Chen and Joseph Chen

Dated:  March 28, 2006

By _____
  /S/ David Kays
  Attorneys for Defendants,
  Vertimax Ventures

Having read and considered the foregoing, the Court hereby reiterates the vacating of all prior Court dates scheduled, i.e. Discovery and Motion cut-off dates, FSC and Trial Dates set in this Action and hereby Orders and schedules a further hearing for an Order to Show Cause re: Dismissal of the entire Action with prejudice to be set for June  19 , 2006.  To the extent proper dismissals with prejudice of the Entire Action are timely filed by the Parties to this Action prior to the date of the scheduled Court hearing, no appearance by the Parties will be or is required.

    IT IS SO ORDERED.

April 5, 2005

_____
Hon. James Ware, Judge Presiding

-2-

NOTICE OF SETTLEMENT AND STIPULATION OF PARTIES AND [PROPOSED] ORDER