DAVID S. LIN, ESQ. [156110]
LAW OFFICES OF DAVID S. LIN
1055 E. Colorado Blvd. Suite 500
Pasadena, California 91106
Telephone: (626) 240-4642
Facsimile:  (626) 240-4643

Attorneys for Plaintiffs


MARK B. FREDKIN, ESQ. [53550]
WILLIAM SIAMAS, ESQ. [133111]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1606
Telephone:  (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Defendants
Infoloan, Inc., John Chen and Joseph Chen


DAVID A. KAYS, ESQ. [120798]
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303-0683

Attorneys for Defendant
Vertimax Ventures, Inc.

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| YU-PING CHENG, et. al.<br><br>        Plaintiffs,<br><br>v.<br><br>INFOLOAN, INC., et. al.,<br><br>        Defendants.<br><br>AND RELATED CROSS ACTION | CASE NO.  C03 01299 JW EAI<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION**<br>**(Federal Rules of Civil Procedure, Rule 41)** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES to this action through their designated counsel that the above-captioned action be and is hereby dismissed

---
STIPULATION AND ORDER FOR DISMISSAL OF ACTION          1

with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs.

Dated: June 12, 2006          LAW OFFICES OF DAVID S. LIN

                                      /s/ David S. Lin
                              By:_____
                                  Attorneys for Plaintiffs
                                  .

Dated: June 12, 2006          MORGAN, FRANICH, FREDKIN & MARSH

                                      /s/ William Siamas
                              By _____
                                  Attorneys for Defendants
                                  Infoloan, Inc., John Chen and Joseph Chen

Dated: June 12, 2006          DORSEY & WHITNEY LLP

                                      /s/ David Kays
                              By:_____
                                  Attorneys for Defendant
                                  Vertimax Ventures, Inc.

**O R D E R**

Pursuant to the Stipulation of counsel herein, the Court orders that this case shall be dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own attorney's fees and costs.

DATED: 06/15/06          _____
                          JAMES WARE
                          UNITED STATES DISTRICT COURT JUDGE